# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANANEH KARIMI,<br><br>                 Plaintiff,<br><br>v.<br><br>JEFFERSON SESSIONS III, *et al.*,<br><br>                 Defendants. | Case No. 18-cv-1040-BAS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**<br><br>**[ECF No. 6]** |

      The parties have jointly moved to dismiss this action "as moot" because "the parties have resolved all matters alleged in Plaintiff's complaint" and the parties "have agreed that the above-captioned case would be dismissed in its entirety." (ECF No. 6.) The Court construes this as a Rule 41(a)(1) stipulation to dismissal. Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Unless otherwise stated, a motion under Rule 41(a)(1) is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Dismissal is typically effective on the filing of the notice or stipulation and no court order is required. *Stone*

– 1 –

*v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). However, local rules require that all stipulations must be filed as a joint motion.[1]

Having considered the parties' request, the Court **GRANTS** the joint motion. Because the motion does not identify whether it is with or without prejudice, the Court **DISMISSES** the action in its entirety without prejudice. Each party shall bear its own costs and fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: August 2, 2018**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.